___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: February 9, 2022

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                            CHAPTER 13 NO.:

**JERRIE WARD MOY AND**
**TRANDON LETRON MOY**                                                       18-00381 – JAW

## AGREED ORDER

THIS CAUSE came before the Court on the Debtors' Motion to Modify (DK # 124) and the Trustee's Response (DK # 126); and the parties agree as follows:

THAT, the Debtors' Motion to Modify is granted.

THAT, the Debtors' plan is hereby modified to reduce the distribution to unsecured creditors to the amount already paid by the Trustee.

THAT, the Debtors' wage deduction order shall be amended to a sum sufficient to afford completion within the remaining plan term and to comply with the terms of this agreed order.

**##END OF ORDER##**

AGREED:

| /s/ Joshua C. Lawhorn | /s/ Thomas Carl Rollins, Jr. |
|---|---|
| JOSHUA C. LAWHORN – MSB # 103902 | THOMAS CARL ROLLINS, JR. |
| ATTORNEY FOR TRUSTEE | ATTORNEY FOR DEBTORS |
| POST OFFICE BOX 4476 | |
| JACKSON, MS 39296-4476 | |
| PHONE: 601/362-6161 | |
| FAX: 601/362-8826 | |
| E-MAIL: HJB@HBARKLEY13.COM | |